IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )     CRIMINAL ACTION NO.
    v.                       )         2:12cr84-MHT
                             )             (WO)
JEFFREY TEMPLE               )
```

PROBATION TERMINATION ORDER

Upon consideration of the probation officer's unopposed petition, asking that the court terminate defendant Jeffrey Temple's remaining term of probation due to his successful compliance with all requirements of his probation, including payment of all restitution; and based on the representations made in open court on May 11, 2016, it is ORDERED that the petition for early termination of probation (doc. no. 382) is granted; that defendant Jeffrey Temple's probation is terminated; and that defendant Temple is discharged.

DONE, this the 11th day of May, 2016.

                          /s/ Myron H. Thompson\_\_\_\_
                          UNITED STATES DISTRICT JUDGE